**EXHIBIT 2:** INFRINGEMENT

URL: https://donyc.com/venues/killbar

